# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**AERRIONE GREEN**                                                             **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO. 3:25-cv-749-HTW-LGI**

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**         **DEFENDANT**

## ENTRY OF APPEARANCE

Benny M. "Mac" May, Esq. enters his appearance as attorney of record for the Defendant, the University of Mississippi Medical Center.

This, the 27th day of October, 2025.

                                                         Respectfully submitted,

                                                         UNIVERSITY OF MISSISSIPPI
                                                         MEDICAL CENTER, *Defendant*

                                                         */s/ Benny M. May*

Benny M. "Mac" May (MSB#100108)
Associate General Counsel
University of Mississippi Medical Center
2500 North State Street
Jackson, Mississippi 39216
Telephone: (601) 984-1969
bmay2@umc.edu

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was sent through the Court's Electronic Case Filing system to the following:

>Nick Norris, Esq.
>*Watson & Norris, PLLC*
>272 Calhoun Station Parkway, Suite C#13
>Gluckstadt, Mississippi 39110
>*Counsel for Plaintiff*

This, the 27th day of October, 2025.

>/s/     *Benny M. "Mac" May*
>Benny M. "Mac" May